THE DRY GOODS ALLIANCE, INC., Appellant, v. PERCIVAL GEORGE STEWART, Defendant, Impleaded with AMERICAN SURETY COMPANY OF NEW YORK, Respond-

out.— Action to recover losses occasioned by the defalcation of plaintiff's former treasurer, the defendant Stewart, whose fidelity had been insured by the surety company. Judgment so far as appealed from adjudging that a verdict is directed for defendant American Surety Company of New York on the issues, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.